Coy PHELPS, Plaintiff–Appellant,

v.

ANTI–DEFAMATION LEAGUE; et al., Defendants–Appellees.

No. 05–17277.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2006.*

Filed June 9, 2006.

Coy Phelps, Ayer, MA, pro se.

David M. Goldstein, Esq., Heller Ehrman, LLP, San Francisco, CA, for Defendants–Appellees.

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, appellees' motion for sum-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

mary affirmance of the district court's judgment is granted.

**AFFIRMED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

